# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CR-00259-GCM-DCK

| | |
|---|---|
| USA, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| JOHN JAMAR DAVIS, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on its own motion. In advance of the **November 14, 2016** trial date set for Defendant, the Court orders that:

Motions to compel discovery, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **October 24, 2016**. Responses to those motions shall be filed no later than **October 31, 2016**. Proposed jury instructions shall be filed no later than **October 31, 2016**. Trial briefs are not required but may be filed at the election of counsel if briefing would substantially aid the Court at trial.

**SO ORDERED**.

Signed: September 15, 2016

*Graham C. Mullen*
Graham C. Mullen
United States District Judge