IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00259-GCM-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOHN JAMAR DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed September 1, 2016.

After an independent and thorough review of the magistrate's memorandum, Defendant's objections thereto, and a de novo review of the record, the Court concludes that the recommendation to deny Defendant's Motion to Suppress is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, Defendant's Motion to Suppress is DENIED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: October 18, 2016

Graham C. Mullen
United States District Judge