IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00259-GCM-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN JAMAR DAVIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon its own motion. Having polled the jury members, the Court has concluded that the jury is unable to reach a verdict and therefore declares a mistrial.

The new trial date is set for December 5, 2016 and will be the first trial of that term.

SO ORDERED this 16th day of November 2016.

Signed: November 16, 2016

Graham C. Mullen
United States District Judge