UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-259-GCM-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JOHN JAMAR DAVIS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. [Doc. 74].

In the instant § 2255 Motion to Vacate that was docketed on May 31, 2024, the Defendant claims that his conviction of being a felon in possession of a firearm is unconstitutional in light of New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. 1 (2022). [Doc. 74]. However, the § 2255 Motion to Vacate is not verified (signed under penalty of perjury). See Rule 2(b)(5), 28 U.S.C. foll. § 2255; 28 U.S.C. § 1746. The Defendant shall, within fourteen (14) days of this Order, verify the § 2255 Motion to Vacate using the Verification form attached to this Order. The Defendant is cautioned that failure to timely comply with this Order will likely result in the dismissal of the Motion to Vacate without further notice.

**IT IS, THEREFORE, ORDERED** that Defendant shall verify the Motion to Vacate [Doc. 74] within **fourteen (14) days** in accordance with this Order. Should the Defendant fail to comply, the Motion to Vacate may be dismissed without further notice.

The Clerk is respectfully instructed to mail the Defendant a copy of this Order and the

attached Verification form.

    **IT IS SO ORDERED**.

Signed: June 5, 2024

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **VERIFICATION** |
| ) | |
| **JOHN JAMAR DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

    Pursuant to Rule 2(b)(5) of the Rules Governing § 2255 Proceedings, I declare (or certify, verify, or state) under penalty of perjury that the § 2255 Motion to Vacate [Doc. 74], which I failed to verify, is true and correct.

_____
John Jamar Davis

_____
Executed on (Date)