UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-78-MOC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RAMI MAHMOD MHANA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing (#82).

The Court will **GRANT** the motion, and Defendant's sentencing hearing will be scheduled for a date to be determined.

**IT IS SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge